IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

PATRICIA KHUU,                                )
                                             )
                    Plaintiff,                )        TC-MD 150077D
                                             )
          v.                                 )
                                             )
DEPARTMENT OF REVENUE,                        )
State of Oregon,                             )
                                             )
                    Defendant.                )        **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered October 7, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On July 22, 2015, the court issued an Order, requiring Plaintiff to submit additional information within 30 days of the date of the Order. The court received no response or other communication from Plaintiff. On September 14, 2015, the court issued an Order requiring Plaintiff to submit three mutually convenient trial dates or a written request to withdraw within 14 days of the date of the Order. The court warned that failure to comply with its Order would result in dismissal of Plaintiff's appeal. On September 21, 2015, both of the court's prior Orders were returned as undeliverable. A member of the court's operations team called the phone number provided by Plaintiff and left a message indicating that Plaintiff must update her address if she wishes to continue her appeal. As of the date of this Decision of Dismissal, the court has received no further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ___ day of October 2015.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on October 27, 2015.*